# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES EDWARD DOTSON, JR.,**
**ADC #115565**                                                                **PLAINTIFF**

V.                    Case No. 5:12-cv-440-KGB-JTR

**ROBERTSON, Lieutenant,**
**Tucker Unit, ADC, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis appeal* would not be taken in good faith.

SO ORDERED this 16th day of January, 2013.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge